IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. M-20-451-P |
| -vs- ) | |
| ) | Violation: 8 U.S.C. § 1324a(a)(2) |
| VIPAL, INC., ) | 8 U.S.C. § 1324a(f)(1) |
| ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges:

### Introduction

At all times relevant to this Information:

1. **VIPAL, INC.**, operated two restaurants in Stillwater, Oklahoma, called Palominos Authentic Mexican Restaurant ("Palominos") and El Vaquero Mexican Restaurant ("El Vaquero").

### Counts 1 through 35
(Continuing Employment of Unauthorized Aliens)

2. The United States Attorney incorporates paragraph 1.

3. From in or about August 2017, to on or about September 4, 2019, in the Western District of Oklahoma,

-------------------------------------------------VIPAL, INC.-------------------------------------------------

engaged in a practice and pattern of continuing to employ in the United States certain aliens, as specified in the table below, knowing that said aliens were unauthorized aliens (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)), with respect to such employment.

| Count | Location | Name |
| --- | --- | --- |
| 1 | El Vaquero | Ayala, Betsabet |
| 2 | El Vaquero | Cano-Reyes, Karina |
| 3 | El Vaquero | Cazares-Mata, Miguel Angel |
| 4 | El Vaquero | Flores-Contreras, Hector |
| 5 | El Vaquero | Gomes-Hernandez, Amalio |
| 6 | El Vaquero | Gomez-Diaz, Eleazar |
| 7 | El Vaquero | Gomez-Hernandez, Omar |
| 8 | El Vaquero | Herrera, Adriana |
| 9 | El Vaquero | Herrera-Perez, Ernesto |
| 10 | El Vaquero | Hernandez, Miriam |
| 11 | El Vaquero | Herrera-Rodroguez, Edtor Uriel |
| 12 | El Vaquero | Leon-Tovar, Jose Fernando |
| 13 | El Vaquero | Lopez-Gomez, Andres |
| 14 | El Vaquero | Luna, Ana Valentina |
| 15 | El Vaquero | Nieto-Vazquez, Rosalva |
| 16 | El Vaquero | Herrera-Perez, Sanjuana |
| 17 | El Vaquero | Villasenor, Ana B. |
| 18 | El Vaquero | Villasenor, Maria Guadalupe |
| 19 | Palominos | Alvarado-Cano, Hilda |
| 20 | Palominos | Diaz-Mendez, Guillermo |
| 21 | Palominos | Fuentes, Maria Del Rosario |
| 22 | Palominos | Gomez, Oriana |
| 23 | Palominos | Herrera, Adriana |
| 24 | Palominos | Hernandez, Jovani |
| 25 | Palominos | Hernandez, Natanael |
| 26 | Palominos | Hernandez-Alvarez, Juan Carlos |
| 27 | Palominos | Hernandez-Mendoza, Esau |

| 28 | Palominos | Hernandez-Moreno, Benido |
| --- | --- | --- |
| 29 | Palominos | Leon-Tovar, Jesus Alberto |
| 30 | Palominos | Martinez, Alfonso |
| 31 | Palominos | Melendez, Gabriel |
| 32 | Palominos | Ortega, Emily |
| 33 | Palominos | Perez-Mendoza, Jesus Antonio |
| 34 | Palominos | Sanchez, Miguel |
| 35 | Palominos | Sanchez-Martinez, Juventino |

All in violation of Title 8, United States Code, Section 1324a(a)(2) and 1324a(f)(1).

TIMOTHY J. DOWNING
United States Attorney

WILLIAM E. FARRIOR
Assistant United States Attorney