**United States Attorney's Office**
**Western District of Oklahoma**
## *MEMORANDUM*

| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | September 15, 2020 |

| To: | From: |
|---|---|
| CARMELITA REEDER SHINN<br>Court Clerk | William E. Farrior |

The following cases which are the subject of Informations being filed today are related cases and should be assigned to the same judge:

(1)     United States v. Gerardo Villasenor, New Case
       United States v. Gustavo Villasenor, New Case
       United States v. Ramon Villasenor, New Case
       United States v. Vipal, Inc., New Case

(2)     The cases are related to two existing cases, which were the subject of motion hearings before Judge Patrick Wyrick:

       In re Search Warrants, Nos. 19-mj-457, 19-mj-459

These cases are related cases pursuant to LCrR7.1 because:

☒ They arise out of the same transaction or series of transactions;

☒ They involve the same defendant(s);

☐ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS:     Judge Wyrick considered several pre-charge motions brought by defendants Gerardo Villasenor and in the name of entities owned by Vipal Inc. The defendants are charged with employing unauthorized aliens at restaurants in Stillwater, Oklahoma, and with making false attestations in furtherance of such employment.